**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| DYNASTY SHIPPING, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 1:26-CV-01257-ELR |
| | ) | |
| vs. | ) | |
| | ) | |
| NOLAN TRANSPORTATION | ) | |
| GROUP, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF AND DEFENDANT NOLAN TRANSPORTATION GROUP,
LLC'S STIPULATION OF DISMISSAL WITH PREJUDICE
OF THE CLAIMS AND COUNTERCLAIMS BETWEEN THEM**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Dynasty Shipping, LLC ("Plaintiff") and Defendant Nolan Transportation Group, LLC ("Nolan") hereby stipulate that that Plaintiff's claims asserted in the above-captioned action against Nolan are dismissed with prejudice, and Nolan's counterclaims asserted in the above-captioned action against Plaintiff are dismissed with prejudice. Plaintiff and Nolan shall bear their own attorneys' fees, expenses, and costs, and waive any and all rights of appeal. Plaintiff's claims against the other named defendants, Freight Solutions Trucking, LLC and Sergio Gonzalez Machin, in the above captioned action remain.

By their counsel's signature below, defendants Freight Solutions Trucking, LLC and Sergio Gonzalez Machin consent to the dismissal of Nolan but expressly reserve all rights, claims, defenses, and remedies as against Plaintiff and Nolan.

Respectfully submitted,

/s/ *Nicholas P. Lacey*
Marc S. Blubaugh (0068221)
(admitted *pro hac vice*)
Nicholas P. Lacey (0100042)
(admitted *pro hac vice*)
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
41 South High Street, Suite 2600
Columbus, Ohio 43215-6164
Telephone:  614.223.9300
Facsimile:  614.223.9330
Email:
mblubaugh@beneschlaw.com
nlacey@beneschlaw.com

/s/ *Jeremy R. Handschuh (per email authorization)*
Jeremy R. Handschuh, Esq.
Georgia Bar No. 418099
*Counsel for Plaintiff*

MITCHELL - HANDSCHUH
LAW GROUP
3390 Peachtree Road, NE, Suite 520
Atlanta, Georgia 30326
T: (404) 262 - 9488
E: jeremy@m-hlawgroup.com

*Attorney for Plaintiff Dynasty Shipping, LLC*

/s/ *Aleksandra Mitchell*
Aleksandra Mitchell, Esq.
Georgia Bar No. 136019
Matt Stone, Esq.
Georgia Bar No. 684513
Shawn Kalfus, Esq.
Georgia Bar No. 406227
*Counsel for Defendant*
*Nolan Transportation Group, LLC*

STONE KALFUS LLP
1360 Peachtree Street, NE
Suite 1250
Atlanta, Georgia 30309
T: (404) 736-2600
E: alex.mitchell@stonekalfus.com

AL MYERS LAW, LLC
By: */s/ Alber M. Meyers (per email authorization)*
Albert M. Myers
GA Bar No. 002711
*mearsly@gmail.com*
Suite 500
1050 Crown Pointe Parkway
Atlanta, GA 30338
(404) 931-7735

-and-

DRAFT
THE EVINS LAW FIRM LLC
Georgia Bar No. 253360

E: matt.stone@stonekalfus.com
E: shawn.kalfus@stonekalfus.com

*Attorneys for Defendant Nolan
Transportation Group, LLC*

1050 Crown Pointe Plaza, Suite 500
Atlanta, GA 30338
(770) 592-2780
*revins@evinslegal.com*

*Counsel for Defendant Freight
Solutions Trucking, LLC and Sergio
Gonzalez Machin*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 26th day of June, 2026, a copy of the foregoing document was electronically filed with the Court's electronic filing system, which will provide notice of the same to all parties indicated on the electronic filing receipt.

*/s/ Nicholas P. Lacey*
Nicholas P. Lacey (0100042) (admitted *pro hac vice*)